UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL ODOARDI<br>    *Plaintiff*,<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS,<br>And CHRISTOPHER J. BOLSTER,<br>    *Defendants*, | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action #: 24-CV-13007<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Christopher Bolster gives Notice of

Removal to this Court of an action brought against him in the Massachusetts Superior Court of

Suffolk County. In support thereof, Defendant Bolster states the following:

1. Removing party is a Defendant in the above-entitled action.

2. On or about October 18, 2024, the Plaintiff, Michael Odoardi, commenced this action in

   the Suffolk Superior Court of the Commonwealth of Massachusetts. A copy of the

   Complaint of Civil Action No. 2484CV02746 is attached as Exhibit A.

3. On or about November 6, 2024, the Defendant Bolster accepted service of the Complaint.

   (Exhibit B)

4. The named Defendants have yet to file any responsive pleadings in state court.

5. The removing Defendant is an individual who resides in the Eastern Division of the

   District of Massachusetts.

6. The above-entitled action contains seven (7) counts. Count 1 seeks to utilize 42 U.S.C. §1983 to obtain relief for rights guaranteed under the Constitution and laws of the United States: Count 1 – U.S.C. §1983 (unreasonable use of force under the 4th Amendment). The remaining counts against Defendant Bolster are; Count 3 – Assault and Battery; Count 4 – Intentional Infliction Emotional Distress; Count 5 – False Arrest; Count 6 – Malicious Prosecution; and Count 7 – Massachusetts Civil Rights Act, M.G.L. c.12, §11I.

7. The Plaintiff has asserted Count 2 against the Commonwealth of Massachusetts under M.G.L. c. 258 – Massachusetts Tort Claims Act.

8. This Court has original jurisdiction in the above-entitled action pursuant to 28 U.S.C. § 1331, and the action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441.

9. While the Commonwealth of Massachusetts has also been named in the state case, the Commonwealth is not subject to the jurisdiction of this Court for the claims asserted in the Complaint by virtue of the Eleventh Amendment to the United States Constitution. *See* Pennhurst State School and Hospital v. Halderman, 465 U.S. 89, 121 (1984). For this reason, it is not necessary to obtain the consent of the Commonwealth in this Notice of Removal, nor has the Commonwealth given its consent to removal. Hill v. City of Boston, 706 F.Supp. 966, 968 (1989).

10. This issue was addressed more recently in Santiago v. Keyes, 839 F.Supp.2d 421, (2012), wherein the Court found that the Defendant was not required to obtain the consent of the Department of State Police before removing the action to federal court. In that case, the Court stated, "Although, as Plaintiff points out, the Department of State Police did not sign the notice of removal, Keyes was not required to obtain its consent before removing

the action to federal court. <u>Santiago v. Keyes</u>, 839 F.Supp.2d 421, 424  (2012) see <u>Rey v. Classic Cars</u>, 762 F.Supp. 421, 423 (1989).

11. Notice of Removal will be sent to all counsel promptly after filing this notice, and a true and accurate copy of this notice will be filed with the clerk of the Superior Court for Suffolk County, Massachusetts.

12. Pursuant to Local Rule 81.1, certified or attested copies of all records, proceedings, and docket entries in the state court will be filed in this Court within thirty (30) days.

WHEREFORE, Defendant Bolster gives notice of the removal of all claims against him from the Superior Court of Suffolk County, Massachusetts, to this Court. The claim against the Commonwealth should remain in State Court.

Respectfully submitted,
Defendant Christopher Bolster,
By his Attorneys,

   /s/ Daniel J. Moynihan
Daniel J. Moynihan (BBO# 546346)
  *moynihanlaw@verizon.net*
Mark A. Russell (BBO# 568943)
  *attyrussell.moynihanlaw@gmail.com*
Law Office of Daniel J. Moynihan, PC
271 Main Street, Suite 302
Stoneham, MA 02180
P: (781) 438-8800
F: (781) 438-8300

Dated:  December 5, 2024

<u>CERTIFICATE OF SERVICE</u>

I, Daniel J. Moynihan, hereby certify that on the 5th of December, 2024, I served via email and electronically via the CM/ECF system, the foregoing Notice of Removal, upon the following:

Richard M. Welsh, Esq.
Law Office of Howard M. Kahalas
6 Beacon Street, Suite 1020
Boston, MA  02108
rwelsh@kahalaslaw.com


Commonwealth of Massachusetts
Office of the Attorney General Andrea Campbell
One Ashburton Place, 18th Floor
Boston, MA 02108


<u>/s/ Daniel J. Moynihan</u>