UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL ODOARDI,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS and CHRISTOPHER J. BOLSTER,<br><br>Defendants. | ) | 1:24-cv-13007-IT |

**DEFENDANT, COMMONWEALTH OF MASSACHUSETTS' MOTION TO SEVER AND REMAND NEGLIGENCE CLAIM TO STATE COURT PURSUANT TO PURSUANT TO 28 U.S.C. 1441(c) AND § 1447(c)**

Pursuant to 28 U.S.C. 1441(c) and § 1447(c), the Defendant, Commonwealth of Massachusetts ("Commonwealth") moves to sever and remand to the Massachusetts Superior Court Count II of the Plaintiff's complaint alleging a state law negligence claim asserted against it on the grounds that the Eleventh Amendment precludes federal court jurisdiction over the Commonwealth.

As grounds for this motion, the Commonwealth states that this Court lacks jurisdiction over the Commonwealth because the Eleventh Amendment precludes monetary damages suits against states, state agencies, and state officials sued in their official capacities. *Pennhurst State School & Hosp. v. Halderman*, 465 U.S. 89, 100, 120 (1984). The Commonwealth further relies on the argument and authorities cited in its accompanying Memorandum of Law in Support of Its Motion to Sever and Remand.

For the foregoing reasons, the court should ALLOW the Commonwealth's Motion to Remand.

Respectfully submitted,
COMMONWEALTH OF MASSACHUSETTS,

By its Attorneys,
ANDREA JOY CAMPBELL
ATTORNEY GENERAL

Jennifer M. Staples
Special Assistant Attorney General

By: ______________________

Sean W. Farrell, BBO#561332
Office of the Chief Legal Counsel
Massachusetts Department of State Police
470 Worcester Road
Framingham, MA 01702
(508) 845-8413
Sean.Farrell@pol.state.ma.us

**CERTIFICATE OF SERVICE**

I, Sean W. Farrell hereby certify that on February 10, 2025, I served a copy of the above document upon counsel of record for the plaintiff listed below via email:

Richard M. Welsh, Esq.
Howard M. Kahalas, P.C.
6 Beacon Street – Suite 6
Boston, MA 02108
rwelsh@kahalaslaw.com

Daniel J. Moynihan, Jr., Esq.
Law Office of Daniel J. Moynihan, P.C.
271 Main Street, #302
Stoneham, MA 02180
moynihanlaw@verizon.net

______________________
Sean W. Farrell