UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL ODOARDI<br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER J. BOLSTER,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>1:24-CV-13007-IT |

**JOINT PRE-TRIAL REPORT OF THE PARTIES**

Pursuant to this Court's Procedural Order of May 12, 2026 (Doc. No. 38), the parties conferred and offer the following as required by Fed. R. Civ. P. 26(a)(3)(A):

**i)** The name and, if not previously provided, the address and telephone number of each witness--separately identifying those the party expects to present and those it may call if the need arises.

**Plaintiff:**

1. Michael Odoardi
   55 Wordsworth Street
   East Boston, Massachusetts
   (508) 599-0233 (counsel's phone)

   Magally G. Odoardi
   55 Wordsworth Street
   East Boston, Massachusetts
   (508) 599-0233 (counsel's phone)

**Defendant:**

1. Tpr. Christopher J. Bolster
   Massachusetts State Police General Headquarters
   470 Worcester Road
   Framingham, MA 01702
   Phone: (508) 820-2300

2. Sgt. Paul Rego
   Massachusetts State Police General Headquarters
   470 Worcester Road
   Framingham, MA 01702
   Phone: (508) 820-2300

Tpr. Bolster may call the following witness:

3. Tpr. Guiseppe P. Barrasso
   Massachusetts State Police General Headquarters
   470Worcester Road
   Framingham, MA 01702
   Phone: (508) 820-2300

4. Juan Carlo Marin
   Contact information to be provided.

Tpr. Bolster reserves the right to call any witness identified by the Plaintiff and to supplement this witness list.

**ii)** The designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition.

Neither party expects to present witness testimony by way of deposition transcript.

**iii)** An identification of each document or other exhibit, including summaries of other evidence--separately identifying those items the party expects to offer and those it may offer if the need arises.

**Plaintiff:**

1. Plaintiff's medical records;*
2. Plaintiff's medical bills;
3. Massachusetts State Police Policy UOF-01 (Use of Force);
4. Photographs of Plaintiff post-arrest;
5. Docket, Commonwealth v. Odoardi, 2105CR000643;*
6. Body worn camera video of Tpr. Christopher J. Bolster; and
7. Video as taken by an unknown civilian.

Plaintiff reserves the right to supplement this list.

**Defendant:**

15. Tpr. Christopher J. Bolster's body worn camera video of incident;
16. Sgt. Paul Rego's body worn camera video of incident;
17. Video of the incident as taken by an unknown civilian;
18. Tpr. Bolster's police report of the incident;*
19. Sgt. Rego's police report of the incident;*
20. Report of the Use of Force Committee;*

21. Map of the area around 677 Bennington Street, East Boston, Massachusetts.

Tpr. Bolster reserves the right to supplement this exhibit list.

*The parties have raised objections to the exhibits noted with an asterisk and will follow up pursuant to the pre-trial order in an effort to resolve those objections (Doc. No. 38).

The Defendant,
CHRISTOPHER J. BOLSTER,
By his attorneys,

ROGAL & DONNELLAN, P.C.

/s/ Joseph G. Donnellan
Joseph G. Donnellan, BBO# 558060
100 River Ridge Drive, Suite 203
Norwood, Massachusetts 02062
(781) 255-1200
jdonnellan@rogalanddonnellan.com

Dated: July 8, 2026

The Plaintiff,
MICHAEL ODOARDI
By his attorney,

*/s/ Richard M. Welsh, Jr.*
Richard M. Welsh, Jr., BBO# 552732
120 Main Street, Suite 3L
Worcester, Massachusetts 01608
(508) 599-0233
attywelsh@outlook.com

**CERTIFICATE OF SERVICE**

I, Joseph G. Donnellan, hereby certify that I served a copy of the foregoing JOINT PRE-TRIAL REPORT to all counsel of record, via ECF, and to those not so registered via 1st Class U.S. Mail, postage prepaid this 8th day of July 2026.

/s/ Joseph G. Donnellan
Joseph G. Donnellan