UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL ODOARDI, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 1:24-cv-13007-IT |
| CHRISTOPHER J. BOLSTER, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**SPECIAL VERDICT FORM**

We, the jury, unanimously find as follows:

**LIABILITY**

**42 U.S.C. § 1983**

1. Has Plaintiff Michael Odoardi proven by a preponderance of the evidence that Defendant Christopher J. Bolster used excessive force in making a lawful arrest?

Yes ___________ No X

**If you answered "No" to question 1, proceed to the signature line without answering any further questions. If you answered "Yes" to question 1, proceed to questions 2 and 3.**

**Intentional Infliction of Emotional Distress**

2. Has Plaintiff Michael Odoardi proven by a preponderance of the evidence that Defendant Christopher J. Bolster intentionally inflicted emotional distress on Plaintiff Odoardi?

Yes ___________ No ___________

## DAMAGES

3. What amount of money will reasonably and fairly compensate Plaintiff Odoardi for any injury he has proven by a preponderance of the evidence was caused by Defendant Bolster?

$________________
(write in figures)

$______________________________
(write in words)

## SIGNATURE

**You have reached the end of the verdict form. Please review the entire form to ensure that it is complete and that the answers accurately reflect your unanimous determinations.**

**I certify that the foregoing are the answers of all the jurors and that the jurors unanimously agreed to each answer.**

**Dated:** 8/20/26

Susan Pike
**Foreperson of the Jury**